IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESSICA BLINKHORN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE No. 1:22-cv-00401-LMM |
| ICE HOUSE PARTNERS, LLC, | ) |
| | ) |
| Defendant. | ) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jessica Blinkhorn and Defendant Ice House Partners, LLC, by and through the undersigned counsel of record, hereby stipulate and agree that the instant matter be dismissed with prejudice, without an award of fees or costs to either party.

Dated: June 15, 2022.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

1

/s/Theresa L. Kitay
Theresa L. Kitay
Georgia Bar No. 424295
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
3414 Peachtree Road, Suite 1600
Atlanta, Georgia 30326
Fax: (678) 406-8816
kitay@bakerdonelson.com

## CERTIFICATE OF SERVICE

I certify that on June 15, 2022, I filed the within and foregoing Stipulation of Dismissal with Prejudice using the CM/ECF System for the federal District Court for the Northern District of Georgia. A true and correct copy of the same will be served via electronic mail as follows:

Hannah E. Jarrells, Esq.
Theresa L. Kitay, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
3414 Peachtree Road, Suite 1600
Atlanta, Georgia 30326
hjarrells@bakerdonelson.com
tkitay@bakerdonelson.com

/s/Craig J. Ehrlich
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and

a point size of 14.

                                                  <u>/s/Craig J. Ehrlich</u>
                                                  Craig J. Ehrlich